IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SAM GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:10-0004 |
| | ) | Judge Trauger |
| DANA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon reassignment of this case to Judge Trauger (Docket No. 18), it is hereby

**ORDERED** that the referral to the Magistrate Judge is **WITHDRAWN**. The deadlines set in the Case Management Order entered February 22, 2010 (Docket Nos. 16, 17) shall remain in place. The trial is being reset before Judge Trauger by separate order.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge