# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SAM GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:10-0004 |
| | ) | Judge Trauger |
| DANA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that a discovery telephone conference is scheduled in this case for Wednesday, August 11, 2010, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 11th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge